# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRONSHORE SPECIALTY INSUReANCE COMPANY,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 12-06710 |
| **HAINES & KIBBLEHOUSE, INC.,** et al., | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this 13th day of March, 2014, upon consideration of defendants' motion to dismiss (Doc. No. 6) and responses thereto, it is hereby **ORDERED** that the defendants' motion is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.